IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUDIE GLOVER,<br><br>    Petitioner,<br><br>    v.<br><br>STANLEY WILLIAMS<br>Smith State Prison,<br><br>    Respondent. | CIVIL ACTION FILE<br>NO. 1:12-CV-3562-TWT |

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the Petition as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 26 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Glover\r&r.wpd